Camellia Baray, SBN 179219
Bonjour, Thorman, Baray & Billingsley
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400 Tel
(510) 670-0955 Fax
camellia@btbandb.com

Counsel for Defendant MONIQUE BURNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONIQUE BURNS,

    Defendant.

No. CR 12-70126 MEJ

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

Based on the approval of the parties and good cause appearing therefore, it is ORDERED that the defendant's release conditions be modified as follows:

1. The defendant be permitted to travel to the Eastern District of California.
2. **All other conditions will remain in effect**.

Dated:

Honorable Nathaneal M. Cousins
United States Magistrate Judge

Maria Elena James